## United States Bankruptcy Court
### Southern District of New York, White Plains Division

In re    Dynamic Star LLC                             Case No.    25-23154

Debtor(s)           Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 3, 2025           /s/ Brad Zackson

                                         Brad Zackson/Authorized Signatory
                                         Signer/Title

Fordham Landing North Holdings LLC
Lester Shaw & Levy LLP
45 Main Street, Suite 322
Brooklyn, New York 11201

Igal Namdar
c/o Avery S. Mehlman, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016

Georgina Oforiwaa
c/o Igor Tarasov, Esq.
2566 86th Street, Suite 2
Brooklyn, NY 11214

Glenmour Osbourne
c/o Ivan J. Rodriguez, Esq.
Rosenberg & Rodriguez PLLC
87 Church Street
Freeport, NY 11520

Tyrone Blake Sr.
c/o Howard Schatz, Esq.
Silbowitz, Garafola et al.
55 Water Mill Lane, Suite 400
Great Neck, NY 11021

Tishman Construction Corporation of New York
c/o Ira M. Schulman, Esq.
Sheppard, Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl Street, 30th Florr
New York, NY 10038-1442

NYC Dept of Environmental Control Board
Attn: Michelle Mirro, Esq.
375 Pearl Street, 30th Floor
New York, NY 10038

NYC Dept of Housing Preservation and Dev
100 Gold Street
New York, NY 10007-2601

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Department of Taxation
Bankruptcy/Special Procedure
P.O. Box 5300
Albany, NY 12205

Fordham South Lender LLC
c/o Michael Barrie, Esq.
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas, 26th Floor
New York, NY 10036

Fordham North Preferred Investor LLC
c/o Michael Barrie, Esq.
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas, 26th Floor
New York, NY 10036

Perkins Eastman
115 Fifth Avenue
New York, NY 10003

MPFP
120 Broadway
New York, NY 10271

Moffat & Nichol
1201 Peachtree St NE Suite 1106
Atlanta, GA 30361

NV 5 Global, Inc.
32 Old Slip, Suite 401
New York, NY 10005

Sive, Paget & Riesel, P.C.
560 Lexington Avenue
New York, NY 10022

CBRE
200 Park Avenue
New York, NY 10166