# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 12/3/2025 |
| Case: 25–23154–shl | Form ID: 309F1 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Dynamic Star LLC | 23 Hollow Ridge Road    Mount Kisco, NY 10549 |
| ust | United States Trustee | Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004–1408 |
| aty | J. Ted Donovan | Goldberg Weprin Finkel Goldstein LLP    Goldberg Weprin Finkel Goldstein LLC    125 Park Avenue    Ste 12th Floor    New York, NY 10017 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 8646680 | CBRE | 200 Park Avenue    New York, NY 10166 |
| 8646660 | Fordham Landing North Holdings LLC | Lester Shaw & Levy LLP    45 Main Street, Suite 322    Brooklyn, New York 11201 |
| 8646675 | Fordham North Preferred Investor LLC | c/o Michael Barrie, Esq.    Benesch Friedlander Coplan & Aronoff LLP    1155 Avenue of the Americas, 26th Floor    New York, NY 10036 |
| 8646674 | Fordham South Lender LLC | c/o Michael Barrie, Esq.    Benesch Friedlander Coplan & Aronoff LLP    1155 Avenue of the Americas, 26th Floor    New York, NY 10036 |
| 8646662 | Georgina Oforiwaa | c/o Igor Tarasov, Esq.    2566 86th Street, Suite 2    Brooklyn, NY 11214 |
| 8646663 | Glenmour Osbourne | c/o Ivan J. Rodriguez, Esq.    Rosenberg & Rodriguez PLLC    87 Church Street    Freeport, NY 11520 |
| 8646661 | Igal Namdar | c/o AveryS.Mehlman, Esq.    Herrick Feinstein LLP    Two Park Avenue    New York, NY 10016 |
| 8646666 | Internal Revenue Service | Centralized Insolvency Operations    P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 8646677 | MPFP | 120 Broadway    New York, NY 10271    Moffat & Nichol    1201 Peachtree St NE Suite 1106    Atlanta, GA 30361 |
| 8646678 | NV 5 Global, Inc. | 32 Old Slip, Suite 401    New York, NY 10005 |
| 8646667 | NYC Dep't of Finance | Legal Affairs, Collection Unit    375 Pearl Street, 30th Florr    New York, NY 10038–1442 |
| 8646668 | NYC Dept of Environmental Control Board | Attn: Michelle Mirro, Esq.    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8646669 | NYC Dept of Housing Preservation and Dev | 100 Gold Street    New York, NY 10007–2601 |
| 8646670 | NYC Dept of Law | Attn: Bernadette Brennan, Esq.    100 Church St Rm 5–233    New York, NY 10007–2601 |
| 8646671 | NYC Environmental Control Board | 66 John St Fl 10    New York, NY 10038–3772 |
| 8646672 | NYS Attorney General | 28 Liberty St    New York, NY 10005–1400 |
| 8646673 | NYS Department of Taxation | Bankruptcy/Special Procedure    P.O. Box 5300    Albany, NY 12205 |
| 8646676 | Perkins Eastman | 115 Fifth Avenue    New York, NY 10003 |
| 8646679 | Sive, Paget & Riesel, P.C. | 560 Lexington Avenue    New York, NY 10022 |
| 8646665 | Tishman Construction Corporation of New York | c/o Ira M. Schulman, Esq.    Sheppard, Mullin Richter & Hampton LLP    30 Rockefeller Plaza, 39th Floor    New York, NY 10112 |
| 8646664 | Tyrone Blake Sr. | c/o Howard Schatz, Esq.    Silbowitz, Garafola et al.    55 Water Mill Lane, Suite 400    Great Neck, NY 11021 |

TOTAL: 28