**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Michael J. Barrie, Esq.
Abbey Walsh, Esq.
Leah Lopez, Esq.
Brandon Barbaruolo, Esq.
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Tel: (646) 777-0054
Email: mbarrie@beneschlaw.com
   abbey.walsh@beneschlaw.com
   llopez@beneschlaw.com
   bbarbaruolo@beneschlaw.com

*Counsel for Fordham South Lender LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DYNAMIC STAR LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 25-23154 (SHL) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Benesch, Friedlander, Coplan & Aronoff LLP hereby appears in the above-captioned adversary case as counsel for Fordham South Lender LLC and requests copies of any and all notices, orders, pleadings, briefs, and other papers filed or entered in this adversary case be given to and served upon the following:

   Michael J. Barrie, Esq.
   Abbey Walsh, Esq.
   Leah Lopez, Esq.
   Brandon Barbaruolo, Esq.
   1155 Avenue of the Americas, Floor 26
   New York, NY 10036
   Tel: (646) 777-0054
   Email: mbarrie@beneschlaw.com
      abbey.walsh@beneschlaw.com
      llopez@beneschlaw.com
      bbarbaruolo@beneschlaw.com

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to adversary case therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive Defendants' rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after de novo review by a higher court, (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Defendants are or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

*[Remainder of this Page Intentionally Left Blank]*

Dated: December 10, 2025  **BENESCH, FRIEDLANDER,**
      New York, New York      **COPLAN & ARONOFF LLP**

                                                               /s/ *Abbey Walsh*
                                                          Michael J. Barrie (NY 5057450)
                                                          Abbey Walsh (NY 3068921)
                                                          Leah Lopez (NY 5876065)
                                                          Brandon Barbaruolo (NY 6099782)
                                                          1155 Avenue of the Americas, Floor 26
                                                          New York, NY 10036
                                                          Tel: (646) 777-0054
                                                          Email: mbarrie@beneschlaw.com
                                                                      abbey.walsh@beneschlaw.com
                                                                      llopez@beneschlaw.com
                                                                      bbarbaruolo@beneschlaw.com

                                                          *Counsel to Fordham South Lender LLC*