# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
### ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◌
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◌
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

———————

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, NY 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

———————

**BARRY E. ZWEIGBAUM**
**ARNOLD I. MAZEL**
**BENJAMIN C. KIRSCHENBAUM**
**ROBERT KANDEL**
**ROBERT F. LINER**
**(OF COUNSEL)**

———————

**EMANUEL GOLDBERG (1904 - 1988)**
**JACK WEPRIN (1930 - 1996)**
**BENJAMIN FINKEL (1905 - 1986)**
**HARVEY GOLDSTEIN (1930-2025)**

———————

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◌   ALSO MEMBER OF CONNECTICUT BAR
°   ALSO MEMBER OF CALIFORNIA BAR
♦   ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

January 20, 2026

*Via ECF Filing and Email*
Hon. Sean H. Lane
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

| Re: | Dynamic Star LLC | Case No. 25-23154-SHL |
|---|---|---|
| | DS 1 GP Inc. | Case No. 25-23155-SHL |
| | Fordham Landing Preferred Sponsor LLC | Case No. 25-23156-SHL |
| | Fordham Landing Preferred LLC | Case No. 25-23157-SHL |

*Request to Adjourn*

Dear Judge Lane:

My firm represents the above-referenced Chapter 11 debtors. I write to request a two week adjournment of the several pending motions to dismiss the Chapter 11 cases. The motions were separately filed in these cases by the lenders, Fordham South Lender LLC and Fordham North Preferred Investor LLC, and a preferred equity interest holder in two of the Debtors, Igal Namdi and his affiliate, Namdar Fordham Landing LLC.

The Debtors own the equity in two highly-publicized development projects to build affordable housing in the Bronx on property adjoining the Harlem River. The project at Fordham Landing South is more advanced than Fordham Landing North, but both projects have good potential. Since the Chapter 11 filings on December 1, 2025, we have been in active discussions with potential lenders and government authorities regarding the scope of municipal financing. The matters are complex and ongoing and we expect updates from a potential lender, the Bank of America, towards the end of the week, whereupon we intend to file petitions for the fee owner entities so that both projects are fully before the Court.

In light of the foregoing, we have requested a relatively modest adjournment of the hearings. This request has been rejected by both movants. Accordingly, we respectfully request that the Court grant the adjournment of all motions from January 7, 2026 to the week of February 9, 2026 (but not February 10, 2026 when we have an all-day mediation before Judge Chapman scheduled in an unrelated matter). There is no prejudice by a relatively short adjournment and we require additional time to prepare cogent opposition covering a number of areas, which we will file one week in advance of the new hearing date.

Respectfully yours,

J. Ted Donovan

cc:     Abbey Walsh, Esq. (via email)
        Steven Smith Esq. (via email)
        Rachael E. Siegel, Esq. (via email)

**MEMORANDUM ENDORSED ORDER:**
**The request for an adjournment is denied as the Debtors cannot adjourn the motion of another party - that has been properly noticed and scheduled - without the consent of that party.**
**SO ORDERED.**
**Dated: January 23, 2026**
**_/s/ Sean H. Lane_**
**United States Bankruptcy Judge**