**FORDHAM LANDING PREFERRED SPONSOR LLC**

**NOTICE OF EMERGENCY MEETING**

November 26, 2025

To: Namdar Fordham Landing LLC
150 Great Neck Road, Suite 304
Great Neck, New York 11021

Dynamic Star III LLC
10 West Street, Unit 40B
New York, NY 10004

DS 3 GP Inc.
10 West Street, Unit 40B
New York, NY 10004

Re: Notice of Management Committee Meeting to Consider Chapter 11 Proceedings

Dear Member:

This Notice (this "Notice") is being delivered pursuant to that certain Limited Liability Company Agreement of Fordham Landing Preferred Sponsor LLC (the "Company"), dated as of July, 2022, (the "Operating Agreement").  Capitalized terms used but not defined in this Notice shall have the meanings ascribed to such terms in the Operating Agreement.

The Company and Fordham Landing Preferred LLC, a Delaware limited liability company (collectively, the "Pledgors") are the Pledgors under that certain Pledge Agreement entered into by the Pledgors for the benefit of Fordham North Preferred Investor LLC, a New York limited liability company (the "Secured Party"). The Pledgors have received notice of a non-judicial Article 9 UCC Sale of their equity interest in the fee owners, (directly or indirectly), scheduled to take place on December 2, 2025 (the "UCC Sale").  The Managing Member has considered the prospects for development of the properties located at 2371 Exterior Street, Bronx, 2391 & 2401 Exterior Street, Bronx, New York and 301 West Fordham Road, Bronx, New York (collectively, the "Project") despite the financial challenges, and it is the recommendation of the Managing Member and its professional advisors with respect to the options available, that each of the Pledgors should file a separate petition under Chapter 11 of the Bankruptcy code on December 1. Thereafter the respective fee owners shall also commence respective Chapter 11 cases, in their own right.

**Due to the condensed Article 9 foreclosure process, the Managing Member has determined that bankruptcy is the only path forward to saving the Project and preventing a forfeiture of significant equity and accordingly the Managing Member is sending this notice to convene an emergency meeting of the Management Committee on December 1, 2025 at 12:00pm EST to vote on commencing such proceedings on behalf of the Pledgors pursuant to the attached resolution.**

Please take further notice that the Members have a duty to act in good faith and fair dealing. It would be an act of bad faith under the circumstances for the Members to withhold consent to the commencement of Chapter 11 cases on behalf of the Pledgors. We look forward to discussing the matter further with you at the meeting on Monday, December 1, 2025 at 12:00pm EST, by videoconference. A Microsoft Teams link will be provided in advance of the video conference call. A copy of the resolution to be adopted by Pledgors is attached hereto as Exhibit A.

Please confirm your receipt of this letter and confirm your availability for the Management Committee meeting at the proposed time and date. If you should have any questions, please feel free to contact Gary Segal at 917-440-8189, email: gsegal@dynamicstarllc.com.

[Signatures follow on next page.]

Respectfully,

Fordham Landing Preferred Sponsor LLC,
a Delaware limited liability company


By: Dynamic Star III LLC,
a Delaware limited liability company

By: _____
Name: Gary Segal
Title:   Authorized Signatory

## Exhibit A

## Resolution

## MINUTES AND COMPANY RESOLUTIONS
## RELATING TO THE COMMENCEMENT OF CHAPTER 11 CASE
## ON BEHALF OF PLEDGORS

**WHEREAS,** on December 1, 2025, a special meeting of the Management Committee of Fordham Landing Preferred Sponsor LLC, a New York limited liability company, was duly called and convened, at which time the Management Committee of the Company appeared to consider the filing of a Chapter 11 petition on behalf of Fordham Landing Preferred Sponsor LLC, a New York limited liability company and Fordham Landing Preferred LLC, a Delaware limited liability company (collectively, the "Pledgors"); and

**WHEREAS**, the Pledgors are the direct or indirect equity holders of DS Fordham Landing 2 LLC, which owns the real property at 2371 Exterior Street, Bronx, New York, DS Fordham Landing 4 LLC, which owns the real property located at 2391 & 2401 Exterior Street, Bronx, New York and MDBZJGGS LLC, which owns the real property located as 301 West Fordham Road, Bronx, New York (collectively, the "Properties");

**WHEREAS**, the Properties are subject to senior mortgage debt held by Fordham North Preferred Investor LLC, a New York limited liability company (the "Secured Party") as successor-in-interest to CPIF MRA, LLC, a Washington limited liability company; and

**WHEREAS**, the Secured Party also holds a mezzanine pledge of the Pledgors Interests (the "Pledged Interests"); and

**WHEREAS**, Secured Party has noticed the Pledgors with regard to a non-judicial Article 9 UCC Sale of the Pledged Interests scheduled to take place on December 2, 2025; and

**WHEREAS**, pursuant to the terms of the Company's Limited Lability Company Agreement dated as of August 8, 2022 (as amended, the "Agreement"), the Management Committee needs to approve certain major actions of the Pledgors, including without limitation, the commencement of a bankruptcy case by the Pledgors; and

**WHEREAS**, the Management Committee has considered the prospects for development of the Properties, and the recommendation of the Management Committee's professional advisors with respect to the options available to the Pledgors, including the commencement of a Chapter 11 case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE IT IS HEREBY RESOLVED**, that after consideration of the alternatives and the advice of the Company's professionals and advisors, the Management Committee has determined in its business judgment that it is in the best interests of the Pledgors, its creditors and, equity holders that a voluntary petition be filed by the Company seeking relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that Brad Zackson is designated as the day-to-day Manager of

the Pledgors; and it is

**FURTHER RESOLVED**, that Brad Zackson is authorized (a) to execute the Chapter 11 petition and all other accompanying documents on behalf of the Pledgors, and cause the same to be filed with the Bankruptcy Court; and (b) to negotiate, execute, verify, and file, or cause to be executed, verified, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, statements, lists, motions, applications, pleadings, and other papers or documents necessary or desirable to facilitate a refinancing or joint venture for the development of the Property in the Chapter 11 case pursuant to a plan of reorganization and disclosure statement to be filed, and to take any and all action he deems necessary and proper in connection with the bankruptcy case; and it is

**FURTHER RESOLVED**, that the Pledgors are authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

**IN WITNESS WHEREOF**, the undersigned Management Committee Representatives and hereby consents to and approves and adopts these resolutions as of the date set forth above and direct that this Written Consent be filed with the Company's minutes and official records.

Fordham Landing Preferred Sponsor LLC, Management Committee

By: _____
Name: Gary Segal
Title: Management Committee Representative

By: _____
Name: Igal Namdar
Title: Management Committee Representative