

10 West Street, #40B
New York, NY  10004

26 January 2026

Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th floor
New York, NY  10017                                              Re: Fordham Landing North

Dear Mr. Nash,

Dynamic Star has made significant progress with New York City and New York State agencies regarding the Fordham Landing North site over the past three years, and we are actively engaged with the New York City Department of City Planning ("DCP"), the lead agency for all of the zoning changes and other land use actions known as ULURP applications that will be required in order to redevelop the site.  A summary of our accomplishments over the past three years includes:

   1.  Reaching an agreement with the New York City Department of Environmental Conservation ("DEC") in December 2024 on the amount of impervious coverage they would accept on the site.  This agreement required one year of meetings and design modifications.  The agreement is critical for two reasons:

      a.  DCP told us that they needed us to reach an agreement with DEC before they (DCP) could work with us in shaping the development plan because they knew that over 50 percent of the lot area of the Fordham Landing South site fell within DEC's jurisdiction; and

      b.  DEC typically will not allow projects to exceed a 30 percent impervious coverage amount even with a variance, but we successfully argued to DEC that a 35 percent coverage limit should be permitted here due to the site's unique configuration and the fact that over 50 percent of the site's land area falls within their jurisdiction.

   2.  Reaching conceptual agreements with the New York City and New York State departments of Transportation and the Metropolitan Transportation Authority ("CDOT", "SDOT", and "MTA") on a location for a new multi-modal bridge over the Major Deegan Expressway, replacing the original idea of a connection to 225th Street because an agreement could not be reached with the affected property owner. And unlike the 225th Street connection, the new bridge, referred to as Kingsbridge Crossing, will have multiple benefits:

      a.  significantly improved transportation circulation and access for residents and employees of the Fordham Landing North development;

      b. a connection to CDOT's Harlem River Greenway;

      c. improved access for the Kingsbridge community to Fordham Landing North's Harlem River waterfront esplanade and public open spaces; and

      d. improved access between the Kingsbridge Armory and the waterfront. The Kingsbridge Armory is a significant inland economic development project for the neighborhood.

3. Engaging with DCP's Bronx office on a revised development plan that reflects the new Kingsbridge Crossing and a new building layout and massing plan permitted by a revision of the New York City Zoning Resolution that was adopted at the end of 2024 known as City of Yes for Housing Opportunities. The new zoning provisions created significantly larger building envelopes so Dynamic Star was able to absorb the proposed floor area into fewer buildings and create more public open space—satisfying both DCP and DEC.

Dynamic Star and its design team are currently responding to DCP's most recent set of comments on the plan that were sent earlier this month and we expect to begin a series of working meetings with DCP and the public in order to finalize a development plan and begin working on the required ULURP applications and Environmental Impact Statement.

Backup for this summary is provided in a file named DCP_DEC_DOT Meeting Log_Meeting Confirmations_Backup Email that I emailed to you on 25 January 2026.

Sincerely,

*Penny Lee*

Penny Lee
Director of Planning
Dynamic Star LLC
plee@dynamicstarllc.com
718.791.6561

# NUEVO DIAZ & ASSOCIATES, LLC

917-723-6677
Rdiazjr@nuevodiaz.com

Kevin,

I hope this message finds you well.

As you know, I am former Bronx Borough President Ruben Diaz Jr. Since my retirement from public office, I have been consulting with Dynamic Star on the development and rezoning of Fordham Landing South and North.

Over the past three years, we have made tremendous progress on Fordham Landing South. Most recently, Governor Hochul, New York State Assembly Speaker Carl Heastie, and Assemblywoman Yudelka Tapia announced a $55 million allocation toward critical infrastructure improvements. As a result, Fordham Landing South is now as-of-right and ready to begin development this year.

This milestone has been the catalyst for broad and unified support from every elected official representing the Fordham Landing area for the rezoning of the North side of the property. To that end, we have met with Borough President Vanessa Gibson, Congressman Adriano Espaillat, and New York City Councilmember Pierina Sanchez, all of whom support moving the rezoning process forward.

As recently as last week, I have also been in discussions with the Bronx Borough Director for the NYC Department of City Planning, Paul Philps, regarding advancing toward certification of the ULURP application.

There is genuine excitement around the vision for this project. Fordham Landing will allow the Bronx to showcase thousands of new housing units, waterfront amenities, and economic opportunities that will transform this area into a true destination for New Yorkers.

At its core, this effort is about taking vacant, underutilized, and desolate land and transforming it into a state-of-the-art destination — a place where Bronx families can live, work, and play for generations to come.

We greatly appreciate your efforts and continued support in helping move this vision forward.


Warmest Regards,

*Ruben Diaz Jr.*
Ruben Diaz Jr.
CEO & President