# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◦
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, NY 10017**
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
HARVEY GOLDSTEIN (1930-2025)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◦ ALSO MEMBER OF CONNECTICUT BAR
\* ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

January 30, 2026

*Via ECF Filing and Email*
Hon. Sean H. Lane
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

Re: Dynamic Star LLC     Case No. 25-23154-SHL
     DS 1 GP Inc.     Case No. 25-23155-SHL
     Fordham Landing Preferred Sponsor LLC     Case No. 25-23156-SHL
     Fordham Landing Preferred LLC     Case No. 25-23157-SHL

*Request to Adjourn*

Dear Judge Lane:

    I would like to reiterate my thanks to the Court for allowing me an opportunity to consider entering into an order for voluntary dismissal of the Chapter 11 cases without prejudice. Please accept this letter that the Debtors intend to consent to voluntary dismissal of all four Chapter 11 cases without prejudice. I will work with counsel on an appropriate set of orders.

Respectfully yours,

Kevin J. Nash

cc: Abbey Walsh, Esq. (via email)
     Steven Smith Esq. (via email)
     Rachael E. Siegel, Esq. (via email)