UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Dynamic Star LLC, | Case No.  25-23154-SHL |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DS 1 GP Inc., | Case No. 25-23155-SHL |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Fordham Landing Preferred Sponsor LLC, | Case No. 25-23156-SHL |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Fordham Landing Preferred LLC, | Case No. 25-23157-SHL |
| Debtor. | |

---------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASES
## WITH CONSENT AND WITHOUT PREJUDICE

Upon the motions of Fordham North Preferred Investor LLC, Fordham South Lender LLC, Igal Namdar and Namdar Fordham Landing LLC; seeking dismissal of the above captioned Chapter 11 cases; and upon the consent of Dynamic Star LLC, DS 1 GP Inc., Fordham Landing Preferred Sponsor LLC, and Fordham Landing Preferred LLC (collectively, the "Debtors") to dismissal of these Chapter 11 cases without prejudice; and based upon the record compiled at the hearing held on January 27, 2026; it is hereby:

**ORDERED**, that upon entry of this Order the Debtors' respective Chapter 11 cases be, and the same are hereby dismissed without prejudice to any further proceedings; and it is further

**ORDERED**, that each Debtor shall file with the Court all monthly operating reports due through the date of entry of this Order; and it is further

**ORDERED**, that each Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this Order and simultaneously file with the Court and provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: White Plains, New York
       February 11, 2026

                                              */s/ Sean H. Lane*
                                              HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE