# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Dynamic Star LLC                                 CASE NO.: 25−23154−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
82−3112417

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 11 case.

Dynamic Star LLC was dismissed from the case on February 11, 2026 .

Dated: February 11, 2026                                Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-23154-shl |
| Dynamic Star LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 11, 2026 | Form ID: 131 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dynamic Star LLC, 23 Hollow Ridge Road, Mount Kisco, NY 10549-4631 |
| 8646680 | + | CBRE, 200 Park Avenue, New York, NY 10166-1899 |
| 8646660 | + | Fordham Landing North Holdings LLC, Lester Shaw & Levy LLP, 45 Main Street, Suite 322, Brooklyn, New York 11201-7778 |
| 8646675 | + | Fordham North Preferred Investor LLC, c/o Michael Barrie, Esq., Benesch Friedlander Coplan & Aronoff LLP, 1155 Avenue of the Americas, 26th Floor, New York, NY 10036-2711 |
| 8646674 | + | Fordham South Lender LLC, c/o Michael Barrie, Esq., Benesch Friedlander Coplan & Aronoff LLP, 1155 Avenue of the Americas, 26th Floor, New York, NY 10036-2711 |
| 8646662 | + | Georgina Oforiwaa, c/o Igor Tarasov, Esq., 2566 86th Street, Suite 2, Brooklyn, NY 11214-4438 |
| 8646663 | + | Glenmour Osbourne, c/o Ivan J. Rodriguez, Esq., Rosenberg & Rodriguez PLLC, 87 Church Street, Freeport, NY 11520-3830 |
| 8646661 | + | Igal Namdar, c/o AveryS.Mehlman, Esq., Herrick Feinstein LLP, Two Park Avenue, New York, NY 10016-9302 |
| 8646677 | + | MPFP, 120 Broadway, New York, NY 10271, Moffat & Nichol, 1201 Peachtree St NE Suite 1106 Atlanta, GA 30361-3512 |
| 8646678 | + | NV 5 Global, Inc., 32 Old Slip, Suite 401, New York, NY 10005-3555 |
| 8646668 | + | NYC Dept of Environmental Control Board, Attn: Michelle Mirro, Esq., 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| 8646669 | + | NYC Dept of Housing Preservation and Dev, 100 Gold Street, New York, NY 10038-1605 |
| 8646670 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 8646671 | + | NYC Environmental Control Board, 66 John St Fl 10, New York, NY 10038-3724 |
| 8646672 | | NYS Attorney General, 28 Liberty St, New York, NY 10005-1400 |
| 8646676 | + | Perkins Eastman, 115 Fifth Avenue, New York, NY 10003-1004 |
| 8662883 | + | Reed Smith, LLP, Global Solutions, 20 Stanwix St. Suite 1200, Pittsburgh, PA 15222-4803 |
| 8646679 | + | Sive, Paget & Riesel, P.C., 560 Lexington Avenue, New York, NY 10022-1994 |
| 8646665 | + | Tishman Construction Corporation of New York, c/o Ira M. Schulman, Esq., Sheppard, Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, 39th Floor, New York, NY 10112-0079 |
| 8646664 | + | Tyrone Blake Sr., c/o Howard Schatz, Esq., Silbowitz, Garafola et al., 55 Water Mill Lane, Suite 400, Great Neck, NY 11021-4206 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Feb 12 2026 00:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 11 2026 19:18:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Feb 11 2026 19:18:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Feb 11 2026 19:17:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 11 2026 19:18:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Feb 11 2026 19:17:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Feb 11 2026 19:17:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, |

| | | | | |
|---|---|---|---|---|
| | | | | 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Feb 11 2026 19:17:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| 8654150 | + | EDI: AISACG.COM | Feb 12 2026 00:14:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8649907 | + | Email/Text: zcarter@beneschlaw.com | Feb 11 2026 19:17:00 | Fordham South Lender LLC, c/o Benesch Friedlander Coplan & Aronoff, 1155 Avenue of the Americas, Floor 26, New York, NY 10036-2711 |
| 8646667 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Feb 11 2026 19:17:00 | NYC Dep't of Finance, Legal Affairs, Collection Unit, 375 Pearl Street, 30th Florr, New York, NY 10038-1444 |
| 8646673 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 11 2026 19:18:00 | NYS Department of Taxation, Bankruptcy/Special Procedure, P.O. Box 5300, Albany, NY 12205-0300 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fordham South Lender LLC |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8646666 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Walsh | on behalf of Creditor Fordham South Lender LLC abbey.walsh@beneschlaw.com  docket2@beneschlaw.com |
| Abbey Walsh | on behalf of Creditor Fordham North Preferred Investor LLC abbey.walsh@beneschlaw.com  docket2@beneschlaw.com |
| Avery S Mehlman | on behalf of Interested Party Namdar Fordham Landing LLC amehlman@herrick.com courtnotices@herrick.com;lporetsky@herrick.com;agwong@herrick.com |

| District/off: 0208-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: 131 | Total Noticed: 32 |

Avery S Mehlman

on behalf of Interested Party Igal Namdar amehlman@herrick.com
courtnotices@herrick.com;lporetsky@herrick.com;agwong@herrick.com

J. Ted Donovan

on behalf of Debtor Fordham Landing Preferred LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Debtor Dynamic Star LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Debtor DS 1 GP Inc. TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Debtor Fordham Landing Preferred Sponsor LLC TDonovan@GWFGlaw.com

Janice Goldberg

on behalf of Interested Party Namdar Fordham Landing LLC jgoldberg@herrick.com  agwong@herrick.com

Janice Goldberg

on behalf of Interested Party Igal Namdar jgoldberg@herrick.com  agwong@herrick.com

Rachael Siegel

on behalf of U.S. Trustee United States Trustee rachael.e.siegel@usdoj.gov

Steven B Smith

on behalf of Interested Party Namdar Fordham Landing LLC ssmith@herrick.com
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com;lschepp@herrick.com;tknox@herrick.com;courtnotices@herrick.com;agwong@herrick.com

Steven B Smith

on behalf of Interested Party Igal Namdar ssmith@herrick.com
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com;lschepp@herrick.com;tknox@herrick.com;courtnotices@herrick.com;agwong@herrick.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV


TOTAL: 14